PER CURIAM.
Affirmed. Hertz v. David Klein Mfg., Inc., 636 So.2d 189 (Fla. 3d DCA 1994). See McCain v. Florida Power Corp., 593 So.2d 500 (Fla.1992); Baptist Memorial Hosp., Inc. v. Bell, 384 So.2d 145 (Fla.1980); Lassitter v. International Union of Operating Eng’rs, 349 So.2d 622 (Fla.1976); Cummins Alabama, Inc. v. Allbritten, 548 So.2d 258 (Fla. 1st DCA), review denied, 553 So.2d 1164 (Fla.1989); Wasden v. Seaboard Coast Line R.R., 474 So.2d 825 (Fla. 2d DCA 1985), review denied, 484 So.2d 9 (Fla.1986); Hartnett, Inc. v. Department of Ins., 432 So.2d 155 (Fla. 3d DCA); review denied, 440 So.2d *583 352 (Fla.1983); Fern v. Krantz, 351 So.2d 1144 (Fla. 3d DCA 1977).